UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

                    v.                    Criminal No. 11-cr-144-01-JD

Raymond Paulin

                         O R D E R


     The assented to motion to reschedule jury trial (document no.

12) filed by defendant is granted; Trial is continued to the two-week

period beginning May 15, 2012, 9:30 a.m.

     Defendant shall file a waiver of speedy trial rights within 10

days.  The court finds that the ends of justice served by granting

a continuance outweigh the best interest of the public and the

defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the

reasons set forth in the motion.

     SO ORDERED.



                                        /s/ Joseph A. DiClerico, Jr.
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

Date:  February 21, 2012

cc:  Bjorn Lange, Esq.
     Robert Kinsella, Esq.
     U.S. Marshal
     U.S. Probation