UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                    Criminal No. 11-cr-144-JD

<u>Raymond Paulin</u>

<u>O R D E R</u>

The defendant has filed a notice of insanity defense (document no. 18).

The government has filed a motion, to which the defendant assents, seeking an order pursuant to 18 U.S.C. §§ 4242(a) and 4247(b) directing that the defendant undergo a psychological evaluation to determine whether or not he suffered from a mental disease or defect at the time of the offenses with which he is charged (document no. 19).

The court appoints Dr. Robert T. Kinscherff to conduct said evaluation at a suitable location in or near Manchester or Concord, New Hampshire. Dr. Kinscherff shall file a report with the court on or before July 23, 2012, with copies provided to the government and counsel for the defendant, in accordance with the provisions of 18 U.S.C. § 4247(c).

SO ORDERED.

                                                    Joseph A. DiClerico, Jr.
                                                   District Judge

June 7, 2012

cc:  Robert M. Kinsella, Esquire
     Bjorn R. Lange, Esquire