UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Criminal No. 11-cr-144-01-JD

<u>Raymond Paulin</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 34) filed by defendant is granted.  Jury trial is rescheduled to the two-week period beginning Tuesday, March 19, 2013, at 9:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            <u>/s/ Joseph A. DiClerico, Jr.</u>
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date:  December 13, 2012

cc:  Bjorn Lange, Esq.
     Robert Kinsella, Esq.
     U.S. Marshal
     U.S. Probation